**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

**LISA WALKER**
DEPARTMENT: 20
DD RECEIPT:   1375629367
EMPLOYEE ID:   █████



FEIN: 85-1352274
Pay Period   01/04/2026  -  01/10/2026
Pay Date    01/16/2026

**FITWH**     **Filing Status: S**
**PA**       **Filing Status: S  Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.50 | 40.00 | 540.00 | 104.00 | 1,404.00 |
| OT | 20.25 | 30.00 | 607.50 | 90.00 | 1,822.50 |
| Holiday | | | | 16.00 | 324.00 |
| **Total** | | 70.00 | $1,147.50 | 210.00 | $3,550.50 |
| **Total Hours Worked** | | 70.00 | | 194.00 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 95.78 | 300.30 |
| MED | 16.64 | 51.48 |
| SOC | 71.15 | 220.13 |
| PA | 35.23 | 109.01 |
| PAEUC | 0.80 | 2.48 |
| PAMO7L | 1.00 | 3.00 |
| PAPHIR | 42.92 | 132.80 |
| **Total** | $263.52 | $819.20 |
| | | |
| **Net Pay**   XXXXXX8719 | | $883.98 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

Direct Deposit #   1375629367

Date     01/16/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T ** | VOID ** VOID ** |
|---|---|

20    DD

DIRECT DEPOSIT $883.98
TO ACCOUNT #   XXXXXX8719
BANK #     XXXXXX4974

Pay to the
Order of

**LISA WALKER**
704 N 40TH STREET
PHILADELPHIA PA 19104

**N O N - N E G O T I A B L E**



**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

LISA WALKER
DEPARTMENT: 20
DD RECEIPT:    1376463057
EMPLOYEE ID:    ▮▮▮

FEIN: 85-1352274
Pay Period    01/11/2026 - 01/17/2026
Pay Date      01/23/2026

**FITWH**    **Filing Status: S**
**PA**       **Filing Status: S  Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.50 | 40.00 | 540.00 | 144.00 | 1,944.00 |
| OT | 20.25 | 30.00 | 607.50 | 120.00 | 2,430.00 |
| Holiday | | | | 16.00 | 324.00 |
| **Total** | | 70.00 | $1,147.50 | 280.00 | $4,698.00 |
| **Total Hours Worked** | | 70.00 | | 264.00 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 95.78 | 396.08 |
| MED | 16.64 | 68.12 |
| SOC | 71.15 | 291.28 |
| PA | 35.23 | 144.24 |
| PAEUC | 0.80 | 3.28 |
| PAMO7L | 1.00 | 4.00 |
| PAPHIR | 42.92 | 175.72 |
| **Total** | **$263.52** | **$1,082.72** |

| **Net Pay** | **XXXXXX8719** | **$883.98** |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

Direct Deposit #  1376463057
Date        01/23/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T ** | VOID ** VOID ** |
|---|---|

20    DD

DIRECT DEPOSIT $883.98
TO ACCOUNT #    XXXXXX8719
BANK #          XXXXXX4974

Pay to the
Order of

**LISA WALKER**
704 N 40TH STREET
PHILADELPHIA PA 19104

**N O N - N E G O T I A B L E**



**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

**LISA WALKER**
DEPARTMENT: 20
DD RECEIPT:    1377160184
EMPLOYEE ID: ■■■

FEIN: 85-1352274
Pay Period    01/18/2026  -  01/24/2026
Pay Date    01/30/2026

**FITWH**    **Filing Status: S**
**PA**    **Filing Status: S  Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.50 | 40.00 | 540.00 | 184.00 | 2,484.00 |
| OT | 20.25 | 30.00 | 607.50 | 150.00 | 3,037.50 |
| Holiday | | | | 16.00 | 324.00 |
| **Total** | | 70.00 | $1,147.50 | 350.00 | $5,845.50 |
| **Total Hours Worked** | | 70.00 | | 334.00 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 95.78 | 491.86 |
| MED | 16.64 | 84.76 |
| SOC | 71.15 | 362.43 |
| PA | 35.23 | 179.47 |
| PAEUC | 0.80 | 4.08 |
| PAMO7L | 1.00 | 5.00 |
| PAPHIR | 42.92 | 218.64 |
| **Total** | $263.52 | $1,346.24 |

**Net Pay**    **XXXXXX8719**    $883.98

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

Direct Deposit #  1377160184
Date    01/30/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T ** | VOID ** VOID ** |
|---|---|

20    DD

DIRECT DEPOSIT $883.98
TO ACCOUNT #    XXXXXX8719
BANK #    XXXXXX4974

Pay to the
Order of

**LISA WALKER**
704 N 40TH STREET
PHILADELPHIA PA 19104

**N O N - N E G O T I A B L E**

**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

LISA WALKER
DEPARTMENT: 20
DD RECEIPT:    1377913153
EMPLOYEE ID:    1█



FEIN: 85-1352274
Pay Period    01/25/2026 - 01/31/2026
Pay Date    02/06/2026

**FITWH**    **Filing Status: S**
**PA**    **Filing Status: S  Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.50 | 30.00 | 405.00 | 214.00 | 2,889.00 |
| OT | 20.25 | 40.00 | 810.00 | 190.00 | 3,847.50 |
| Holiday | | | | 16.00 | 324.00 |
| **Total** | | 70.00 | $1,215.00 | 420.00 | $7,060.50 |
| **Total Hours Worked** | | 70.00 | | 404.00 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 103.88 | 595.74 |
| MED | 17.62 | 102.38 |
| SOC | 75.33 | 437.76 |
| PA | 37.30 | 216.77 |
| PAEUC | 0.85 | 4.93 |
| PAMO7L | 1.00 | 6.00 |
| PAPHIR | 45.44 | 264.08 |
| **Total** | $281.42 | $1,627.66 |

| **Net Pay** | XXXXXX6823 | $933.58 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

Direct Deposit #  1377913153
Date    02/06/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T ** | VOID ** VOID ** |
|---|---|

20    DD

DIRECT DEPOSIT $933.58
TO ACCOUNT #    XXXXXX6823
BANK #    XXXXXX4298

Pay to the
Order of

**LISA WALKER**
1003 EASTON RD APT C701
WILLOW GROVE PA 19090

**N O N - N E G O T I A B L E**

**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

**LISA WALKER**
DEPARTMENT: 20
DD RECEIPT:   1378631267
EMPLOYEE ID: ▮▮▮▮



FEIN: 85-1352274
Pay Period   02/01/2026  -  02/07/2026
Pay Date     02/13/2026

**FITWH**   **Filing Status: S**
**PA**      **Filing Status: S  Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.50 | 40.00 | 540.00 | 254.00 | 3,429.00 |
| OT | 20.25 | 30.00 | 607.50 | 220.00 | 4,455.00 |
| Holiday | | | | 16.00 | 324.00 |
| **Total** | | 70.00 | $1,147.50 | 490.00 | $8,208.00 |
| **Total Hours Worked** | | 70.00 | | 474.00 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 95.78 | 691.52 |
| MED | 16.64 | 119.02 |
| SOC | 71.15 | 508.91 |
| PA | 35.23 | 252.00 |
| PAEUC | 0.80 | 5.73 |
| PAMO7L | 1.00 | 7.00 |
| PAPHIR | 42.92 | 307.00 |
| **Total** | $263.52 | $1,891.18 |

| **Net Pay** | **XXXXXX6823** | $883.98 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

Direct Deposit #   1378631267
Date        02/13/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T ** | VOID ** VOID ** |
|---|---|

20    DD

DIRECT DEPOSIT $883.98
TO ACCOUNT #   XXXXXX6823
BANK #         XXXXXX4298

Pay to the
Order of

**LISA WALKER**
1003 EASTON RD APT C701
WILLOW GROVE PA 19090

**N O N - N E G O T I A B L E**

**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

**LISA WALKER**
DEPARTMENT: 20
DD RECEIPT:    1379458098
EMPLOYEE ID: ▮▮▮

**Paycor**
A Paychex® Company

FEIN: 85-1352274
Pay Period    02/08/2026  -  02/14/2026
Pay Date      02/20/2026

**FITWH**    **Filing Status: S**
**PA**        **Filing Status: S  Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.50 | 40.00 | 540.00 | 294.00 | 3,969.00 |
| OT | 20.25 | 30.00 | 607.50 | 250.00 | 5,062.50 |
| Holiday | | | | 16.00 | 324.00 |
| **Total** | | 70.00 | $1,147.50 | 560.00 | $9,355.50 |
| **Total Hours Worked** | | 70.00 | | 544.00 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 95.78 | 787.30 |
| MED | 16.64 | 135.66 |
| SOC | 71.15 | 580.06 |
| PA | 35.23 | 287.23 |
| PAEUC | 0.80 | 6.53 |
| PAMO7L | 1.00 | 8.00 |
| PAPHIR | 42.92 | 349.92 |
| **Total** | $263.52 | $2,154.70 |

| **Net Pay** | **XXXXXX6823** | $883.98 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

Direct Deposit #  1379458098
Date       02/20/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T ** | VOID ** VOID ** |
|---|---|

20    DD

DIRECT DEPOSIT $883.98
TO ACCOUNT #    XXXXXX6823
BANK #          XXXXXX4298

Pay to the
Order of

**LISA WALKER**
1003 EASTON RD APT C701
WILLOW GROVE PA 19090

**N O N - N E G O T I A B L E**



**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

**LISA WALKER**
DEPARTMENT: 20
DD RECEIPT:    1380117694
EMPLOYEE ID: ▮▮▮▮

FEIN: 85-1352274
Pay Period    02/15/2026  -  02/21/2026
Pay Date      02/27/2026

**FITWH**    **Filing Status: S**
**PA**       **Filing Status: S  Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.50 | 40.00 | 540.00 | 334.00 | 4,509.00 |
| OT | 20.25 | 30.00 | 607.50 | 280.00 | 5,670.00 |
| Holiday | | | | 16.00 | 324.00 |
| **Total** | | 70.00 | $1,147.50 | 630.00 | $10,503.00 |
| **Total Hours Worked** | | 70.00 | | 614.00 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 95.78 | 883.08 |
| MED | 16.64 | 152.30 |
| SOC | 71.15 | 651.21 |
| PA | 35.23 | 322.46 |
| PAEUC | 0.80 | 7.33 |
| PAMO7L | 1.00 | 9.00 |
| PAPHIR | 42.92 | 392.84 |
| **Total** | $263.52 | $2,418.22 |

**Net Pay**        **XXXXXX6823**                          $883.98

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

Direct Deposit #  1380117694
Date      02/27/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T ** | VOID ** VOID ** |
|---|---|

20    DD

DIRECT DEPOSIT $883.98
TO ACCOUNT #   XXXXXX6823
BANK #         XXXXXX4298

Pay to the
Order of

**LISA WALKER**
1003 EASTON RD APT C701
WILLOW GROVE PA 19090

**N O N - N E G O T I A B L E**



**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

**LISA WALKER**
DEPARTMENT: 20
DD RECEIPT:    1380890335
EMPLOYEE ID:  ▮▮▮

FEIN: 85-1352274
Pay Period   02/22/2026  -  02/28/2026          **FITWH**     **Filing Status: S**
Pay Date      03/06/2026                         **PA**       **Filing Status: S  Exemptions: 0**

| **Earnings** | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.50 | 40.00 | 540.00 | 374.00 | 5,049.00 |
| OT | 20.25 | 38.00 | 769.50 | 318.00 | 6,439.50 |
| Holiday | | | | 16.00 | 324.00 |
| **Total** | | 78.00 | $1,309.50 | 708.00 | $11,812.50 |
| **Total Hours Worked** | | 78.00 | | 692.00 | |

| **Taxes** | CURRENT | YTD |
|---|---|---|
| FITWH | 118.28 | 1,001.36 |
| MED | 18.99 | 171.29 |
| SOC | 81.19 | 732.40 |
| PA | 40.20 | 362.66 |
| PAEUC | 0.92 | 8.25 |
| PAMO7L | 1.00 | 10.00 |
| PAPHIR | 48.98 | 441.82 |
| **Total** | $309.56 | $2,727.78 |
| **Net Pay** | **XXXXXX6823** | $999.94 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

Direct Deposit #  1380890335
Date      03/06/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T ** | VOID ** VOID ** |
|---|---|

20    DD

DIRECT DEPOSIT $999.94
TO ACCOUNT #    XXXXXX6823
BANK #          XXXXXX4298

Pay to the
Order of

**LISA WALKER**
1003 EASTON RD APT C701
WILLOW GROVE PA 19090

**N O N - N E G O T I A B L E**

**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936



**LISA WALKER**
DEPARTMENT: 20
DD RECEIPT:    1381569048
EMPLOYEE ID:    ▮▮▮

FEIN: 85-1352274
Pay Period    03/01/2026  -  03/07/2026
Pay Date    03/13/2026

**FITWH**    **Filing Status: S**
**PA**    **Filing Status: S  Exemptions: 0**

| **Earnings** | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.50 | 40.00 | 540.00 | 414.00 | 5,589.00 |
| OT | 20.25 | 30.00 | 607.50 | 348.00 | 7,047.00 |
| Holiday | | | | 16.00 | 324.00 |
| **Total** | | 70.00 | $1,147.50 | 778.00 | $12,960.00 |
| **Total Hours Worked** | | 70.00 | | 762.00 | |

| **Taxes** | CURRENT | YTD |
|---|---|---|
| FITWH | 95.78 | 1,097.14 |
| MED | 16.64 | 187.93 |
| SOC | 71.15 | 803.55 |
| PA | 35.23 | 397.89 |
| PAEUC | 0.80 | 9.05 |
| PAMO7L | 1.00 | 11.00 |
| PAPHIR | 42.92 | 484.74 |
| **Total** | $263.52 | $2,991.30 |

**Net Pay**    XXXXXX6823    $883.98

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**TAHARA HEALTH, INC**
589 BETHLEHEM PIKE STE 600
MONTGOMERYVILLE PA 18936

Direct Deposit #  1381569048

Date    03/13/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T ** | VOID ** VOID ** |
|---|---|

20    DD

DIRECT DEPOSIT $883.98
TO ACCOUNT #    XXXXXX6823
BANK #    XXXXXX4298

Pay to the
Order of

**LISA WALKER**
1003 EASTON RD APT C701
WILLOW GROVE PA 19090

**N O N - N E G O T I A B L E**

**Temple Univ Health System**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA  19140

| | | |
|---|---|---|
| Pay Group: | FB1 TUHS Biweekly | |
| Pay Begin Date: | 01/11/2026 | |
| Pay End Date: | 01/24/2026 | |

| | |
|---|---|
| Business Unit: | 602 |
| Advice #: | 000000000462716 |
| Advice Date: | 01/30/2026 |

**Lisa S Walker**
1003 Easton Rd
Apt C701
Willow Grove, PA  19090

| | |
|---|---|
| Employee ID: | |
| Department: | 5047900-Financial Services |
| Location: | CBO - NEH |
| Job Title: | FINANCIAL COUNSELOR |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 28.830000 | 46.50 | 1,340.60 | 158.50 | 4,475.48 |
| Holiday | 28.830000 | 8.00 | 230.64 | 32.00 | 902.40 |
| Vacation | 28.830000 | 24.00 | 691.92 | 32.00 | 915.84 |
| FMLA Sick | 28.830000 | 1.25 | 36.04 | 17.25 | 483.88 |
| OT Stndard | | | 0.00 | 0.50 | 14.00 |
| **TOTAL:** | | **79.75** | **2,299.20** | **240.25** | **6,791.60** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 134.28 | 392.69 |
| Fed MED/EE | 31.41 | 91.84 |
| Fed Withholding | 170.54 | 492.25 |
| PA Withholding | 66.49 | 194.45 |
| PA Unempl EE | 1.61 | 4.75 |
| PHILADELPHIA Withhol | 78.86 | 232.94 |
| **TOTAL:** | **483.19** | **1,408.92** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 45.98 | 135.54 |
| 1199C Med | 115.56 | 231.12 |
| FSA Med | 17.81 | 72.66 |
| PersChoice | 0.00 | 154.08 |
| **TOTAL:** | **179.35** | **593.40** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TH Perks | 221.64 | 664.92 |
| TUHS STD | 0.00 | 22.51 |
| LTD | 0.00 | 10.83 |
| Suppl Life | 0.00 | 5.12 |
| **TOTAL:** | **221.64** | **703.38** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB ER | 45.98 | 135.54 |
| PEN NCONTR ER | 68.98 | 203.34 |
| PersChoice | 0.00 | 861.69 |
| Dental | 0.00 | 46.68 |
| Vision | 0.00 | 2.57 |
| LTD | 0.00 | 13.56 |
| Life | 0.00 | 0.32 |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,299.20 | 2,119.85 | 483.19 | 400.99 | 1,415.02 |
| YTD | 6,791.60 | 6,198.20 | 1,408.92 | 1,296.78 | 4,085.90 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 17.07 |
| Sick | 18.45 |
| Personal | 12.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000462716 | Checking | XXXXXXXXXXX8719 | 100.00 |
| | Checking | XXXXXXXXXXX7501 | 1,315.02 |
| **TOTAL:** | | | **1,415.02** |

**MESSAGE:**

**Temple Univ Health System**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

| | | |
|---|---|---|
| Pay Group: | FD1-TUHS Biweekly | |
| Pay Begin Date: | 01/25/2026 | |
| Pay End Date: | 02/07/2026 | |

| | | |
|---|---|---|
| Business Unit: | 602 | |
| Advice #: | **000000000463745** | |
| Advice Date: | 02/13/2026 | |

**Lisa S Walker**
1003 Easton Rd
Apt C701
Willow Grove, PA 19090

| | |
|---|---|
| Employee ID: | ▮▮▮▮ |
| Department: | 5047900-Financial Services |
| Location: | CBO - NEH |
| Job Title: | FINANCIAL COUNSELOR |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | | Current | YTD |
| Regular | 28.830000 | 70.50 | 2,032.52 | 229.00 | 6,508.00 | Fed OASDI/EE | | 134.73 | 527.42 |
| FMLA Sick | 28.830000 | 9.50 | 273.89 | 26.75 | 757.77 | Fed MED/EE | | 31.51 | 123.35 |
| OT Stndard | | | 0.00 | 0.50 | 14.00 | Fed Withholding | | 171.38 | 663.63 |
| Holiday | | | 0.00 | 32.00 | 902.40 | PA Withholding | | 66.71 | 261.16 |
| Vacation | | | 0.00 | 32.00 | 915.84 | PA Unempl EE | | 1.62 | 6.37 |
| | | | | | | PHILADELPHIA Withhol | | 79.11 | 312.05 |
| **TOTAL:** | | **80.00** | **2,306.41** | **320.25** | **9,098.01** | **TOTAL:** | | **485.06** | **1,893.98** |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| PEN CONTRB EE | 46.13 | 181.67 | TH Perks | 221.64 | 886.56 | PEN CONTRB ER | 46.13 | 181.67 |
| 1199C Med | 115.56 | 346.68 | TUHS STD | 0.00 | 22.51 | PEN NCONTR ER | 69.19 | 272.53 |
| FSA Med | 17.81 | 90.47 | LTD | 0.00 | 10.83 | PersChoice | 0.00 | 861.69 |
| PersChoice | 0.00 | 154.08 | Suppl Life | 0.00 | 5.12 | Dental | 0.00 | 46.68 |
| | | | | | | Vision | 0.00 | 2.57 |
| | | | | | | LTD | 0.00 | 13.56 |
| | | | | | | Life | 0.00 | 0.32 |
| **TOTAL:** | **179.50** | **772.90** | **TOTAL:** | **221.64** | **925.02** | ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,306.41 | 2,126.91 | 485.06 | 401.14 | 1,420.21 |
| YTD | 9,098.01 | 8,325.11 | 1,893.98 | 1,697.92 | 5,506.11 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 20.15 |
| Sick | 12.65 |
| Personal | 12.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000463745 | Checking | XXXXXXXXXXX6823 | 1,420.21 |
| **TOTAL:** | | | **1,420.21** |

**MESSAGE:**

**Temple Univ Health System**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA  19140

| Pay Group: | FB1 TUHS Biweekly |
| Pay Begin Date: | 02/08/2026 |
| Pay End Date: | 02/21/2026 |

| Business Unit: | 602 |
| Advice #: | 000000000464774 |
| Advice Date: | 02/27/2026 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**Lisa S Walker**
1003 Easton Rd
Apt C701
Willow Grove, PA  19090

| Employee ID: | |
| Department: | 5047900-Financial Services |
| Location: | CBO - NEH |
| Job Title: | FINANCIAL COUNSELOR |

## HOURS AND EARNINGS

| | | Current | | YTD | | 
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 28.830000 | 72.00 | 2,075.76 | 301.00 | 8,583.76 |
| FMLA Sick | 28.830000 | 8.00 | 230.64 | 34.75 | 988.41 |
| OT Stndard | | | 0.00 | 0.50 | 14.00 |
| Holiday | | | 0.00 | 32.00 | 902.40 |
| Vacation | | | 0.00 | 32.00 | 915.84 |
| **TOTAL:** | | **80.00** | **2,306.40** | **400.25** | **11,404.41** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 134.73 | 662.15 |
| Fed MED/EE | 31.51 | 154.86 |
| Fed Withholding | 171.38 | 835.01 |
| PA Withholding | 66.71 | 327.87 |
| PA Unempl EE | 1.61 | 7.98 |
| PHILADELPHIA Withhol | 79.11 | 391.16 |
| **TOTAL:** | **485.05** | **2,379.03** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 46.13 | 227.80 |
| 1199C Med | 115.56 | 462.24 |
| FSA Med | 17.81 | 108.28 |
| PersChoice | 0.00 | 154.08 |
| **TOTAL:** | **179.50** | **952.40** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TH Perks | 221.64 | 1,108.20 |
| TUHS STD | 0.00 | 22.51 |
| LTD | 0.00 | 10.83 |
| Suppl Life | 0.00 | 5.12 |
| **TOTAL:** | **221.64** | **1,146.66** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB ER | 46.13 | 227.80 |
| PEN NCONTR ER | 69.19 | 341.72 |
| PersChoice | 0.00 | 861.69 |
| Dental | 0.00 | 46.68 |
| Vision | 0.00 | 2.57 |
| LTD | 0.00 | 13.56 |
| Life | 0.00 | 0.32 |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,306.40 | 2,126.90 | 485.05 | 401.14 | 1,420.21 |
| YTD | 11,404.41 | 10,452.01 | 2,379.03 | 2,099.06 | 6,926.32 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 23.23 |
| Sick | 8.35 |
| Personal | 12.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000464774 | Checking | XXXXXXXXXXX6823 | 1,420.21 |
| **TOTAL:** | | | **1,420.21** |

**MESSAGE:**

**Temple Univ Health System**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

| | |
|---|---|
| Pay Group: | FB - TUHS Biweekly |
| Pay Begin Date: | 02/22/2026 |
| Pay End Date: | 03/07/2026 |

| | |
|---|---|
| Business Unit: | 602 |
| Advice #: | 000000000465794 |
| Advice Date: | 03/13/2026 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**Lisa S Walker**
1003 Easton Rd
Apt C701
Willow Grove, PA 19090

| | |
|---|---|
| Employee ID: | ███████ |
| Department: | 5047900-Financial Services |
| Location: | CBO - NEH |
| Job Title: | FINANCIAL COUNSELOR |

## HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 28.830000 | 72.00 | 2,075.76 | 373.00 | 10,659.52 | Fed OASDI/EE | 134.73 | 796.88 |
| FMLA Sick | 28.830000 | 8.00 | 230.64 | 42.75 | 1,219.05 | Fed MED/EE | 31.51 | 186.37 |
| OT Stndard | | | 0.00 | 0.50 | 14.00 | Fed Withholding | 171.38 | 1,006.39 |
| Holiday | | | 0.00 | 32.00 | 902.40 | PA Withholding | 66.71 | 394.58 |
| Vacation | | | 0.00 | 32.00 | 915.84 | PA Unempl EE | 1.62 | 9.60 |
| | | | | | | PHILADELPHIA Withhol | 79.11 | 470.27 |
| **TOTAL:** | | **80.00** | **2,306.40** | **480.25** | **13,710.81** | **TOTAL:** | **485.06** | **2,864.09** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PEN CONTRB EE | 46.13 | 273.93 | TH Perks | 221.64 | 1,329.84 | PEN CONTRB ER | 46.13 | 273.93 |
| 1199C Med | 115.56 | 577.80 | TUHS STD | 0.00 | 22.51 | PEN NCONTR ER | 69.19 | 410.91 |
| FSA Med | 17.81 | 126.09 | LTD | 0.00 | 10.83 | PersChoice | 0.00 | 861.69 |
| PersChoice | 0.00 | 154.08 | Suppl Life | 0.00 | 5.12 | Dental | 0.00 | 46.68 |
| | | | | | | Vision | 0.00 | 2.57 |
| | | | | | | LTD | 0.00 | 13.56 |
| | | | | | | Life | 0.00 | 0.32 |
| **TOTAL:** | **179.50** | **1,131.90** | **TOTAL:** | **221.64** | **1,368.30** | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,306.40 | 2,126.90 | 485.06 | 401.14 | 1,420.20 |
| YTD | 13,710.81 | 12,578.91 | 2,864.09 | 2,500.20 | 8,346.52 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 26.31 |
| Sick | 4.05 |
| Personal | 12.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000465794 | Checking | XXXXXXXXXXX6823 | 1,420.20 |
| **TOTAL:** | | | **1,420.20** |

**MESSAGE:**