IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2611063

DEBTOR(S):

Lisa S. Walker

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 13 IN THE AMOUNT OF $1,049.20

CREDITOR'S SIGNATURE:

*/s/Lorel Thompson*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

5/22/2026