United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-11063-djb |
| Lisa S. Walker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lisa S. Walker, 1003 Easton Rd Apt C701, Willow Grove, PA 19090-2048 |
| 15145159 | Master Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15115654 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 17 2026 02:19:58 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15131211 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2026 02:20:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15115655 | + | Email/PDF: bncnotices@becket-lee.com | Jul 17 2026 02:20:04 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15115656 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2026 02:20:04 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15115657 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2026 02:20:14 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15135647 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2026 02:20:06 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15115658 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2026 02:19:59 | Citibank Na, Citibank Customer Service, Attn: Bankrup, Sioux Falls, SD 57117 |
| 15115659 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 17 2026 02:18:00 | Comenity Bank/Jared, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15115664 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2026 02:19:59 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15115660 | ^ | MEBN | Jul 17 2026 02:16:26 | Diversified Adjustment Services, Inc, Attn: Bankrupcty, PO Box 32145, Fridley, MN 55432-0145 |
| 15126350 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 17 2026 02:18:00 | Higher ED Loan Authority of MO on behalf of, ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 15115661 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 17 2026 02:18:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15136721 | | Email/Text: bankruptcy@kashable.com | Jul 17 2026 02:17:00 | Kashable LLC, PO Box 4287, New York, NY 10163 |
| 15115662 | | Email/Text: bankruptcy@kashable.com | Jul 17 2026 02:17:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017 |
| 15115663 | + | Email/Text: bankruptcy.us@klarna.com | | |

| | | Jul 17 2026 02:18:00 | Klarna, 800 N High Street Suite 400, Columbus, OH 43215-1430 |
| 15123201 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2026 02:19:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15115665 | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 17 2026 02:20:12 | Mohela/Navient, MOHELA, Attn: Bankruptcy 633 Spirit Driv, Chesterfield, MO 63005-1243 |
| 15115666 | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 17 2026 02:18:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15129651 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jul 17 2026 02:18:00 | Navy Federal Credit Union, P.O. BOX 3000, Merrifield, VA 22119-3000 |
| 15115667 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 17 2026 02:18:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15115668 | + Email/Text: bankruptcy1@pffcu.org | Jul 17 2026 02:18:00 | Pffcu/Police & Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 15126282 | + Email/Text: bankruptcy1@pffcu.org | Jul 17 2026 02:18:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                                      Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Lisa S. Walker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      )
    Lisa S. Walker          )         Case No. 26−11063−djb
                      )
                      )
    Debtor(s).            )         Chapter: 13
                      )
                      )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 16, 2026                        For The Court

                                          Derek J Baker
                                          Judge, United States Bankruptcy Court